IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HEATHER JONES,** :<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**WALMART STORES EAST, LP d/b/a** :<br>**WAL-MART STORE #899, JOHN DOE,** :<br>**ABC CORPORATION and** :<br>**XYZ ENTITY** :<br>:<br>**Defendants.** :<br>_____ | **CASE NO: 7:22-cv-134 (WLS)** |

## ORDER

By Order (Doc. 20) entered January 3, 2024, the Court granted the parties' joint motion (Doc. 18) to continue the trial of this matter in order to allow the parties to mediate. Pursuant to that Order, the parties notified the Court that mediation is scheduled for Thursday, February 15, 2024.

The Court's Order (Doc. 20) further requires the parties to file a second joint status report within three (3) business days after the scheduled mediation date advising the Court of the outcome of such mediation.

Accordingly, on or before **Wednesday, February 21, 2024**,[1] the parties shall file the second status report referenced above.

**SO ORDERED**, this 17th day of January 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Monday, February 19, 2024, is a National Holiday—President's Day. Thus, extending the due date for the second status report to Wednesday, February 21, 2024.

1