IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HEATHER JONES,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO: 7:22-cv-134 (WLS) |
| : | |
| **WALMART STORES EAST, LP d/b/a** : | |
| **WAL-MART STORE #899, JOHN DOE,** : | |
| **ABC CORPORATION and** : | |
| **XYZ ENTITY** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## **ORDER**

By Order (Doc. 20) entered January 3, 2024, the Court granted the parties' joint motion (Doc. 18) to continue the trial of this matter in order to allow the parties to mediate. Mediation was scheduled for Thursday, February 15, 2024, and the parties were ordered to file a joint status report within three (3) business days after the scheduled mediation date advising the Court of the outcome of such mediation.[1] (*See* Doc. 22.) The parties' timely filed their Joint Status Report (Doc. 23) notifying the Court that they were unable to reach a settlement at mediation because they need to take the deposition of Dr. Thomas Rousch, a spine surgeon who performed spinal surgery on Plaintiff. Dr. Rousch is unavailable for the deposition until after May 15, 2024. The parties intended to reconvene mediation after Dr. Rousch's deposition is taken and give a good faith effort toward reaching settlement.

The Court accepts the parties' Joint Status Report. Based on the information provided, if the matter is not settled at mediation, it will be ready for trial during the Court's August 2024 Valdosta Term.

Accordingly, IT IS HEREBY ORDERED, that:

1. Trial of this matter is continued to the Court's **August 2024 Valdosta Term**.

---

[1] Monday, February 19, 2024, was a National Holiday—President's Day. Thus, extending the due date for the second status report to Wednesday, February 21, 2024.

1

2.     On or before **Friday, June 14, 2024**, the parties shall file a status report notifying the Court whether the settlement mediation was successful.

**SO ORDERED**, this 22nd day of February 2024.

             <u>/s/ W. Louis Sands</u>
             **W. LOUIS SANDS, SR. JUDGE**
             **UNITED STATES DISTRICT COURT**