IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HEATHER JONES,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:22-cv-134 (WLS)** |
| : | |
| **WALMART STORES EAST, LP d/b/a** : | |
| **WAL-MART STORE #899, JOHN DOE,** : | |
| **ABC CORPORATION and** : | |
| **XYZ ENTITY** : | |
| : | |
| **Defendants.** : | |

## ORDER

On October 8, 2024, the Court held a Pretrial Conference in this case. Prior to the conference, the Parties provided the Court with a Joint Proposed Pretrial Order – Jury Trial ("Proposed Order"). The Court enters this Order to memorialize the discussion at that conference, provide deadlines for further filings and hearings in this matter prior to trial, and makes the following modifications to the jointly executed Proposed Order, which is adopted and made part of this Order to the extent it does not conflict with the instant Order. Counsel shall provide a final hard copy for counsel and the Court's signatures.

1. The trial of this matter will begin on **Wednesday, November 6, 2024, at 8:30 a.m. in Valdosta, Georgia**, or earlier as may be ordered by the Court. The Court has set aside three days for the trial. The Court notifies the Parties that in keeping with the Court's usual practices, beginning on November 7, 2024, or such other date following jury selection, the trial will be held from 8:00 a.m. to 2:00 p.m. each day until the jury has heard all evidence and begins deliberations.

2. On October 3, 2024, Defendant Wal-Mart Stores East, LP's Motion to Exclude Expert Testimony and Causation Related Evidence and Damages (Doc. 32) ("Motion to Exclude") was filed, and on October 7, 2024, Defendant's Omnibus Motions in Limine (Doc. 33) ("Motions in Limine" and together with the Motion to Exclude, the "Walmart Motions")

1

was filed. After discussion, the Parties agreed that the issues in the Walmart Motions may be narrowed. To the extent possible, Defendant Walmart Stores East, LP d/b/a Wal-Mart Store #899 ("Walmart") shall supplement or amend the Walmart Motions as soon as possible, and Plaintiff's responses thereto shall be filed on or before the close of business on **Friday, October 18, 2024**.

3. If the Court deems it necessary, a hearing on the motions in limine will be held on **Wednesday**, **October 30, 2024**, in Albany, Georgia. A separate notice will be docketed to apprise the Parties of the time set for such hearing, if necessary.

4. With respect to designation of deposition testimony to be used at trial, on or before **Friday, October 18, 2024**, the Parties shall file their designations of deposition testimony. Any objections to such designations shall be filed on or before the close of business on **Friday, October 25, 2024**.

5. If the Parties are able to agree on a Jury Verdict Form, such form shall be filed on or before **Friday, October 18, 2024**.

6. The Parties shall confer and, on or before **Friday, October 18, 2024**, shall provide the Court with an amended joint proposed pretrial order incorporating the changes discussed at the Pretrial Conference.

7. The Parties indicated they are continuing to seek to settle this matter. In the event settlement discussions are successful, the Parties shall file a notice of settlement without delay.

**SO ORDERED**, this 10th day of October 2024.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**