IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HEATHER JONES,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **WALMART STORES EAST, LP d/b/a** : <br> **WAL-MART STORE #899, JOHN DOE,** : <br> **ABC CORPORATION and** : <br> **XYZ ENTITY** : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO:** <br> **7:22-cv-134 (WLS)** |

## ORDER

Before the Court are Defendant Wal-Mart Stores East, LP's Motion to Exclude Expert Testimony and Causation Related Evidence and Damages (Doc. 32) ("Motion to Exclude") filed October 3, 2024, and Defendant's Omnibus Motions in Limine (Doc. 33) ("Omnibus Motions" and together with the Motion to Exclude, the "Motions") filed October 7, 2024. The Motions have been fully briefed, and upon review, the Court has determined that a hearing on the Motions is necessary. Per the Court's Order (Doc. 37) memorializing the pretrial conference, the Parties were notified that, if necessary, such hearing would be held on Wednesday, October 30, 2024.

Accordingly, lead counsel for all Parties shall appear in-person for the hearing on the pending Motions (Docs. 32, 33) on **Wednesday, October 30, 2024 at 11:00 a.m.**, in the Albany Courthouse. No telephonic or electronic attendance shall be permitted for this hearing.

**SO ORDERED**, this 25th day of October 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**