# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **HEATHER JONES,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| **WALMART STORES EAST, LP d/b/a** : | **7:22-cv-134 (WLS)** |
| **WAL-MART STORE #899, JOHN DOE,** : | |
| **ABC CORPORATION and** : | |
| **XYZ ENTITY** : | |
| : | |
| **Defendants.** : | |

## ORDER

Presently before the Court is the Notice of Settlement (Doc. 46) ("Motion"). Therein, Plaintiff and Defendant Walmart Stores East, LP, d/b/a Wal-Mart Store #899 ("Walmart") notified the Court that they have reached an amicable settlement resolving all claims and disputes between themselves, and they are in the process of finalizing the settlement documents.[1] The parties will file a Stipulation of Dismissal once the settlement documents are finalized and Plaintiff's attorney has received the settlement proceeds.

Accordingly, the trial of this matter is removed from the Court's November 2024 Valdosta Trial Term, and the hearing on the motions *in limine* scheduled for October 30, 2024, is **CANCELLED**. To ensure the timely and orderly disposition of this case, the Plaintiff and Walmart are hereby **ORDERED** to file such Stipulation of Dismissal by **no later than Monday, December 2, 2024**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. By that same date, Plaintiff shall update the Court regarding the status of any remaining Defendants.

**SO ORDERED**, this 28th day of October 2024.

/s/
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Plaintiff's claims against John Doe, ABC Corporation and XYZ Entity remain pending.