IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HEATHER JONES,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:22-cv-134 (WLS)** |
| **WALMART STORES EAST, LP d/b/a** : | |
| **WAL-MART STORE #899, JOHN DOE,** : | |
| **ABC CORPORATION and** : | |
| **XYZ ENTITY** : | |
| : | |
| **Defendants.** : | |

## ORDER

Before the Court are Defendant Wal-Mart Stores East, LP's Motion to Exclude Expert Testimony and Causation Related Evidence and Damages (Doc. 32) ("Motion to Exclude") filed October 3, 2024, and Defendant's Omnibus Motions in Limine (Doc. 33) ("Omnibus Motions") filed October 7, 2024. On October 25, 2024, the Parties filed a Notice of Settlement (Doc. 46) notifying the Court that they have reached an amicable settlement resolving all claims and disputes between themselves, and they are in the process of finalizing the settlement. Pursuant to the Court's Order (Doc. 47) entered October 28, 2024, the Parties' Stipulation of Dismissal, or request for additional time if appropriate, is to be filed no later than Monday, December 2, 2024,

Accordingly, Defendant's Motion to Exclude and Omnibus Motions (Docs. 32, 33) are hereby **DENIED, WITHOUT PREJUDICE, AS MOOT**.

**SO ORDERED**, this 5th day of November 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1