IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HEATHER JONES,** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : FILE NO. 7:22-CV-134 (WLS) |
| **WALMART STORES EAST, LP d/b/a** | : |
| **WAL-MART STORE #899, JOHN DOE,** | : |
| **ABC CORPORATION and XYZ ENTITY** | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant in the above-styled civil action, by and through their undersigned counsel of record and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-styled civil action <u>with prejudice</u>. The parties further agree and stipulate that they shall be responsible for their own attorneys' fees and costs.

Respectfully submitted this 2nd day of December, 2024.

| | |
|---|---|
| **THE RODD FIRM, LLC** | **DREW, ECKL & FARNHAM, LLP** |
| | |
| <u>/s/Christopher K. Rodd w/ express permission</u> | <u>/s/ Garret W. Meader</u> |
| Christopher K. Rodd | Garret W. Meader |
| Georgia Bar No. 353919 | Georgia Bar No. 142402 |
| 512 South Broad Street | 100 Main Street, Suite A |
| Thomasville, Georgia 31792 | St. Simons Island, GA 31522 |
| Ph; (229) 431-7777 | (912) 280-9662 |
| Email: chris@roddfirm.com | meaderg@deflaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

SO ORDERED this 3rd day of December, 2024

W. Louis Sands, Sr. Judge
United States District Court