IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HEATHER JONES, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-134 (WLS) |
| | * |
| WALMART STORES EAST, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 3, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of December, 2024.

              David W. Bunt, Clerk

              s/ Kathleen S. Logsdon, Deputy Clerk