# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

|  |  |
|---|---|
| HEATHER JONES, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:22-cv-134 (WLS)** |
| WALMART STORES EAST, LP d/b/a : | |
| WAL-MART STORE #899, JOHN DOE, : | |
| ABC CORPORATION and : | |
| XYZ ENTITY : | |
| : | |
| **Defendants.** : | |

_____

## ORDER

By Order (Doc. 52) entered January 6, 2025, Plaintiff was ordered to file evidence of returned Summonses executed or waived as to Defendants John Doe, ABC Corporation, or XYZ Entity ("Remaining Defendants") on or before January 13, 2025. The Plaintiff was notified that failure to respond to or comply with the January 6, 2025 Order would subject the case to dismissal, without prejudice, as to the Remaining Defendants, and without further notice or proceeding. To date, Plaintiff has failed to respond or comply with the Court's January 6, 2025 Order. There is no indication in the docket that service has been perfected as to the Remaining Defendants.

Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** as to the Remaining Defendants for failure to serve the Remaining Defendants.

**SO ORDERED** this 16th day of January 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1